AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

E-filing

| | |
|---|---|
| Gerling America Insurance Company | ) |
| Plaintiff | ) |
| v. | ) |
| Homestead Insurance Company, et al. | ) |
| Defendant | ) |

Civil Action No.

## Summons in a Civil Action

To:    Great American E&S Insurance Company

(Defendant's name)

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Christine M. Fierro
Morales, Fierro & Reeves
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
MARY ANN BUCKLEY

Date:    MAR 3 1 2008

Deputy clerk's signature

# BY FAX

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

#### Northern District of California

**E-filing**

| | | |
|---|---|---|
| Gerling America Insurance Company | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Homestead Insurance Company, et al. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To:    Homestead Insurance Company
*(Defendant's name)*

**PJH**

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Christine M. Fierro
Morales, Fierro & Reeves
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523

**BY FAX**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court  MARY ANN BUCKLEY

Date:    MAR 3 1 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*