| | | |
|---|---|---|
| 1 | Christine M. Fierro, Bar No: 191660 | (925) 288-1776 |
| 2 | MORALES FIERRO & REEVES | |
|   | 2300 Contra Costa Blvd. | |
| 3 | Pleasant Hill, CA 94523 | |
| 4 | Representing: Plaintiff | File No.GA5105 |

United States District Court

Northern District of California

Gerling America Insurance Company

    Plaintiff/Petitioner

    vs

Homestead Insurance Company, et al.

    Defendant/Respondent

Case No: CV08 1716PJH    **BY FAX**

Proof of Service of:
    Complaint, Summons, ECF Registration, U.S. District Court Office Hours, Order Setting Initial Case Management, Drop Box Filing Proceedure, Order Requiring Joint Case Management Statement, Notice of Availability of Magistrate Judge

Service on:
    Great E&S American Insurance Company

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6660360

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christine M. Fierro, 191660<br>MORALES FIERRO & REEVES<br>2300 Contra Costa Blvd. Suite 310<br>Pleasant Hill, CA 94523<br>TELEPHONE NO.: (925) 288-1776<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: Gerling America Insurance Company

DEFENDANT/RESPONDENT: Homestead Insurance Company, et al.

CASE NUMBER: CV08 1716PJH

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: GA5105

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint, Summons, ECF Registration, U.S. District Court Office Hours, Order Setting Initial Case Management, Drop Box Filing Proceedure, Order Requiring Joint Case Management Statement, Notice of Availability of Magistrate Judge

**BY FAX**

3. a. Party served: Great E&S American Insurance Company

   b. Person Served: CT Corporation, Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 4/10/2008    (2) at (time): 2:30 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Great E&S American Insurance Company

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:    Jimmy Lizama
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:    $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 4/11/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                           (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6660360