1  RAMIRO MORALES, SBN 167947
   CHRISTINE M. FIERRO, SBN 191660
2  RICHARD A. EGGERTH, SBN 99625
   MORALES, FIERRO & REEVES
3  2300 Contra Costa Blvd., Ste. 310
   Pleasant Hill, California 94523
4  Telephone: (925) 288-1776

5  Attorneys for Plaintiff
   HDI-GERLING AMERICA INSURANCE COMPANY

6

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  HDI-GERLING AMERICA INSURANCE COMPANY, a New York Corporation, | ) CASE NO. CV08-1716PJH |
| 11 | ) **PROOF OF SERVICE** |
| 12  Plaintiff, vs. | ) |
| 13  HOMESTEAD INSURANCE COMPANY, an Pennsylvania Corporation; GREAT | ) |
| 14  AMERICAN E&S INSURANCE COMPANY, an Ohio Corporation, formerly | ) |
| 15  known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY, and | ) |
| 16  DOES 1-10, | ) |
| 17  Defendants. | ) |

18

19

20

21

22

23

24

25

26

27

28

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Homestead Ins. Co.</u>,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    <u>Howard Wollitz, Litigation Attorney for Homestead Ins. Co.</u> _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

Date: <u>April 14, 2008</u>

_____
Server's signature

Richard A. Eggerth
_____
Printed name and title

Attorney for Plaintiff, HDI-Gerling America Ins. Co.

2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
_____
Server's address