Howard Wollitz [SBN: 58674]
**CHARLSTON, REVICH & WOLLITZ LLP**
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Telephone: (310) 551-7000
Fasimile: (310) 203-9321
E-Mail: hwollitz@crwllp.com

Attorneys for Defendant,
Homestead Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| HDI-GERLING AMERICA INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOMESTEAD INSURANCE COMPANY, a Pennsylvania Corporation; GREAT AMERICAN B&S INSURANCE COMPANY, an Ohio Corporation, formerly known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY; and DOES 1-10,<br><br>Defendants | Case No. CV 08-1716 PJH<br><br>STIPULATION ALLOWING HOMESTEAD INSURANCE COMPANY ADDITIONAL TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT |

Pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern District of California, the following parties hereby stipulate to extend the time within which Homestead Insurance Company may respond to HDI-Gerling America Insurance Company's complaint by fourteen (14) days:

Dated: 5/1/08

CHARLSTON, REVICH & WOLLITZ, LLP

By: _____
Howard Wollitz
Attorneys for Defendant,
Homestead Insurance Company

1  Dated: May 1, 2008          MORALES, FIERRO & REEVES

2                              By: _____
                                   Ramiro Morales
3                                  Christine M. Fierro
                                   Richard A. Eggerth
4                              Attorneys for Plaintiff,
                               GDI-Gerling America Insurance Company

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, Suite 1250, Los Angeles, California 90067-2746.

On the date shown below, I served the foregoing document described as **STIPULATION ALLOWING HOMESTEAD INSURANCE COMPANY ADDITIONAL TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

*Refer to attached Service List.*

X   **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the addressee.

\_   **(BY OVERNIGHT MAIL)** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

\_   **STATE**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X   **FEDERAL**  I declare that I am employed by a member of the bar of this Court. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2008, at Los Angeles, California.

_____
Mary Griffin

CHARLSTON, REVICH
& WOLLITZ LLP
COS RE STIP FOR ADDL
TIME.5.2.08.WPD

Case No. CV 08-1716 PJH
Certificate of Service of Stipulation Allowing
Additional Time to Respond to Complaint

| | |
|---|---|
| Case Name | : *HDI-Gerling America Insurance Company v. Homestead Insurance Company; et al.* |
| Court | : United States District Court, Northern District of California (San Francisco) |
| Case Number | : CV 08-1716 PJH |

## SERVICE LIST

Ramiro Morales, Esq.
Christine M. Fierro, Esq.
Richard A. Eggerth, Esq.
MORALES, FIERRO & REEVES
2300 Contra Costa Boulevard, Suite 310
Pleasant Hill, CA   94523

**Attorneys for Plaintiff, *HDI-Gerling America Insurance Company***

Telephone:  (925) 288-1776
Facsimile:   (925) 288-1856
E-Mail:      rmorales@mfrlegal.com
             cfierro@mfrlegal.com
             reggerth@mfrlegal.com

CHARLSTON, REVICH
& WOLLITZ LLP
COS RE STIP FOR ADDL
TIME.5.2.08.WPD

Case No. CV 08-1716 PJH
Certificate of Service of Stipulation Allowing
Additional Time to Respond to Complaint