COPY

Peter J. Whalen (SBN 130041)
Robert M. Fineman (SBN 188211)
Terrance J. Evans (SBN 227671)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: pjwhalen@duanemorris.com
          rmfineman@duanemorris.com
          tjevans@duanemorris.com

Attorneys for Defendant,
Great American E & S Insurance Company, an
Ohio Corporation, formerly known as
Agricultural Excess and Surplus Insurance
Company

E-filing

RECEIVED
08 MAY -1 PM 3:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDI-GERLING AMERICA INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOMESTEAD INSURANCE COMPANY, an Pennsylvania Corporation; GREAT AMERICAN E & S INSURANCE COMPANY, an Ohio Corporation, formerly known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No.: CV-08-1716<br><br>**STIPULATION TO EXTEND TIME FOR GREAT AMERICAN E & S INSURANCE COMPANY TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 31, 2008<br><br>BY FAX |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff HDI-GERLING AMERICA INSURANCE COMPANY ("Gerling") and Defendant GREAT AMERICAN E & S INSURANCE COMPANY, formerly known as AGRICULTURAL EXCESS AND SURPLUS

STIPULATION TO EXTEND TIME FOR GREAT AMERICAN E & S INSURANCE COMPANY TO RESPOND TO COMPLAINT

1  INSURANCE COMPANY ("Great American"), in accordance with Civil Local Rule
2  6-1 (a), that Great American has been granted an extension of time to respond to the
3
4  Complaint filed by Gerling in the present matter (the "Complaint"). Pursuant to this
5  extension, Great American's response to the Complaint is now due by May 30, 2008.
6
7
8
                                              Dated: April 30, 2008
9
10 DUANE MORRIS LLP
11 _____
   Peter J. Whalen
12 Robert M. Fineman
   Terrance J. Evans
13
14 Attorneys for Defendant, Great American
15 E & S Insurance Company, an Ohio
   Corporation, fka Agricultural Excess and
16 Surplus Insurance Company
17
18 MORALES, FIERRO & REEVES
19 _____
20 Christine M. Fierro
   Richard A. Eggerth
21
22 Attorneys for HDI-Gerling America
   Insurance Company
23
24
25 DM1\1329913.2
26
27
28

# CERTIFICATE OF SERVICE

I, Maria T. San Juan, hereby certify that on May 1, 2008, I have served the foregoing Stipulation to Extend Time for Great American E & S Insurance Company to Respond to Complaint, on the following counsel, via first class mail.

Christine M. Fierro, Esq.
Richard A. Eggerth
Morales, Fierro & Reeves
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Tel: 925.288.1776; Fax: 925.288.1856
925) 288-1776 : Fax : (925) 288-1856

_____
Maria T. San Juan

DM1\1339332.1