| | |
|---|---|
| 1 | Howard Wollitz [SBN: 58674] |
| | CHARLSTON, REVICH & WOLLITZ LLP |
| 2 | 1925 Century Park East, Suite 1250 |
| | Los Angeles, California 90067-2746 |
| 3 | Telephone: (310) 551-7000 |
| | Facsimile: (310) 203-9321 |
| 4 | E-Mail:    hwollitz@crwllp.com |
| 5 | Attorneys for Defendant, |
| | Homestead Insurance Company |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| HDI-GERLING AMERICA INSURANCE COMPANY, a New York Corporation, | Case No. CV 08-1716 PJH |
| Plaintiff, | **NOTICE OF CONTINUANCE OF HEARING DATE** |
| v. | **Date:    July 9, 2008** |
| HOMESTEAD INSURANCE COMPANY, a Pennsylvania Corporation; GREAT AMERICAN B&S INSURANCE COMPANY, an Ohio Corporation, formerly known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY; and DOES 1-10, | **Time:   9:00 a.m.** |
| | **Dept.   3** |
| | **[Hon. Phyllis J. Hamilton]** |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 7-7(a), the hearing on defendant Homestead Insurance Company's Motion to Dismiss, currently set for June 25, 2008 at 9:00 a.m. in Department 3, before the Honorable Phyllis J. Hamilton, is continued to July 9, 2008 at the same time and department.

///

///

1   This notice complies with Civil L.R. 7-7(a) because no opposition has yet been filed,
2   and this notice is filed before any opposition is due pursuant to Civil L.R. 7-3(a).

3

4                       CHARLSTON, REVICH & WOLLITZ LLP

5                               /S/ Howard Wollitz
                    By: _____
6                               Howard Wollitz
                        Attorneys for Defendant,
7                       Homestead Insurance Company