Peter J. Whalen SBN 130041
Robert M. Fineman SBN 188211
Terrance J. Evans SBN 227671
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   pjwhalen@duanemorris.com
          rmfineman@duanemorris.com
          tjevans@duanemorris.com

Attorneys for Defendant,
Great American E&S Insurance Company, an Ohio Corporation, fka Agricultural Excess and Surplus Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDI-GERLING AMERICA INSURANCE COMPANY, a New York Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HOMESTEAD INSURANCE COMPANY, an Pennsylvania Corporation; GREAT AMERICAN E&S INSURANCE COMPANY, an Ohio Corporation, formerly known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY, and DOES 1-10,<br><br>    Defendants. | Case No.: CV-08-1716 PJH<br><br>**GREAT AMERICAN E&S INSURANCE COMPANY'S CERTIFICATION PURSUANT TO NORTHERN DISTRICT LOCAL RULE 3-16**<br><br>Complaint Filed:   March 31, 2008 |

DM1\1341077.1

GREAT AMERICAN E&S INSURANCE COMPANY'S CERTIFICATION
PURSUANT TO NORTHERN DISTRICT LOCAL RULE 3-16                                 CASE NO.: CV-08-1716 PJH

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 28, 2008

**DUANE MORRIS** LLP

By: _____
Peter J. Whalen
Robert M. Fineman
Terrance J. Evans
Attorneys for Defendant,
Great American E&S Insurance Company, an Ohio Corporation, fka Agricultural Excess and Surplus Insurance Company