```
 1  Peter J. Whalen SBN 130041
    Robert M. Fineman SBN 188211
 2  Terrance J. Evans SBN 227671
    DUANE MORRIS LLP
 3  One Market, Spear Tower, Suite 2000
    San Francisco, CA 94105-1104
 4  Telephone: 415.957.3000
    Facsimile: 415.957.3001
 5  E-Mail:    pjwhalen@duanemorris.com
               rmfineman@duanemorris.com
 6             tjevans@duanemorris.com

 7  Attorneys for Defendant,
    Great American E&S Insurance Company, an Ohio
 8  Corporation, fka Agricultural Excess and Surplus
    Insurance Company
 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDI-GERLING AMERICA INSURANCE COMPANY, a New York Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>HOMESTEAD INSURANCE COMPANY, an Pennsylvania Corporation; GREAT AMERICAN E&S INSURANCE COMPANY, an Ohio Corporation, formerly known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY, and DOES 1-10,<br><br>            Defendants. | Case No.: CV-08-1716 PJH<br><br>**GREAT AMERICAN E&S INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**<br><br>Complaint Filed:   March 31, 2008 |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for
2  Defendant Great American E&S Insurance Company certifies that Defendant Great American E&S
3  Insurance Company is a wholly owned subsidiary of Great American Insurance Company.

Dated: May 28, 2008

**DUANE MORRIS** LLP

By: _____
Peter J. Whalen
Robert M. Fineman
Terrance J. Evans
Attorneys for Defendant,
Great American E&S Insurance Company, an Ohio
Corporation, fka Agricultural Excess and Surplus
Insurance Company