1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA
9
10
11  HDI-GERLING AMERICA INS. CO.,
12          Plaintiff,                       No. 08-1716
13      v.                                   **CLERK'S NOTICE**
14  HOMESTEAD INS. CO., a
    Pennsylvania Corp., et al.,
15
           Defendants.
16  _____/

17      The court is in receipt of a chambers copy of the Declaration of Frank Curci, filed by
18  defendant Great American E&S Insurance Company in the above-entitled action.  The
19  chambers copy is not in usable format.  Please take notice that the court will not consider
20  the contents of any chambers copy that is not in usable format.
21      A document that is in "usable format" is one that is usable by the court for its
22  intended purpose.  For a memorandum of points and authorities or other document that
23  can be stapled, "usable format" means that the document is stapled in the upper-left-hand
24  corner.  For a document that is too thick to be stapled securely, "usable format" means that
25  the document is two-hole punched at the top, and is fastened with a prong-type fastener.
26  In addition, any exhibits to declarations *must be tabbed, and attached to the declaration to*
27  *which the exhibits belong.*
28      The court will consider the contents of the chambers copy only if it is submitted in

1  usable format no later than one court day after the date of this notice.

                    Richard W. Wieking
                    Clerk, U.S. District Court

                    by:_____
                    Nichole Heuerman, Deputy Clerk
                    Honorable Phyllis J. Hamilton
                    (415) 522-2023

Dated:  June 2, 2008