Peter J. Whalen (SBN 130041)
Robert M. Fineman (SBN 188211)
Terrance J. Evans (SBN 227671)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: pjwhalen@duanemorris.com
rmfineman@duanemorris.com
tjevans@duanemorris.com

Attorneys for Defendant,
Great American E&S Insurance Company, an Ohio Corporation, fka Agricultural Excess and Surplus Insurance Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDI-GERLING AMERICA INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOMESTEAD INSURANCE COMPANY, an Pennsylvania Corporation; GREAT AMERICAN E&S INSURANCE COMPANY, an Ohio Corporation, formerly known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No.: CV-08-1716 PJH<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE DATES FOR INITIAL CASE MANAGEMENT CONFERENCE, INITIAL DISCLOSURES AND RULE 26(f) REPORT**<br><br>Complaint Filed:  March 31, 2008 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned attorneys, that a continuance of the initial case management conference, service of initial disclosures, the filing of the Rule 26(f) Report, and the deadline for the parties to meet and confer is appropriate so that the parties can focus on the briefing of defendants' separate motions to dismiss pursuant to FRCP 12(b)(6), which are set for hearing on July 9, 2008. Because these motions raise ultimate questions of law, and no answers have been filed, the parties believe it would be appropriate and most efficient to re-schedule the deadlines for meeting and conferring, filing the

Rule 26(f) Report, completing initial disclosures or stating objections in Rule 26(f) and filing the Case Management Statement and the date for the initial case management conference from the dates initially set in the Court's March 31, 2008 ADR Scheduling Order until dates after the hearing on the FRCP 12(b)(6) motions on July 9, 2008. The parties propose the following new dates:

| Current Date | Proposed New Date | Event |
| --- | --- | --- |
| 06/12/2008 | 07/17/2008 | Last day for parties to meet and confer regarding initial disclosures or objections under Rule 26(f) and Case Management Statement |
| 06/26/2008 | 07/31/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement |
| 07/03/2008 | 08/07/2008 | INITIAL CASE MANAGEMENT CONFERENCE |

Dated: June 7th, 2008

DUANE MORRIS LLP

_____
Robert M. Fineman
Attorneys for Defendant Great American E&S Insurance Company

Dated: June ___, 2008

MORALES FIERRO & REEVES

_____
Richard A. Eggerth
Attorneys for Defendant Plaintiff HDI-Gerling America Insurance Company

Dated: June ___, 2008

CHARLSTON REVICH & WOLLITZ LLP

_____
Howard Wollitz
Attorneys for Defendant Homestead Insurance Company

2

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE DATES FOR INITIAL CASE MANAGEMENT CONFERENCE, INITIAL DISCLOSURES, AND RULE 26(F) REPORT

CASE NO. CV-08-1716 PJH

Rule 26(f) Report, completing initial disclosures or stating objections in Rule 26(f) and filing the Case Management Statement and the date for the initial case management conference from the dates initially set in the Court's March 31, 2008 ADR Scheduling Order until dates after the hearing on the FRCP 12(b)(6) motions on July 9, 2008. The parties propose the following new dates:

| Current Date | Proposed New Date | Event |
|---|---|---|
| 06/12/2008 | 07/17/2008 | Last day for parties to meet and confer regarding initial disclosures or objections under Rule 26(f) and Case Management Statement |
| 06/26/2008 | 07/31/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement |
| 07/03/2008 | 08/07/2008 | INITIAL CASE MANAGEMENT CONFERENCE |

Dated: June 9th, 2008

DUANE MORRIS LLP

_____
Robert M. Fineman
Attorneys for Defendant Great American E&S Insurance Company

Dated: June 9th, 2008

MORALES FIERRO & REEVES

_____
Richard A. Eggerth
Attorneys for Defendant Plaintiff HDI-Gerling America Insurance Company

Dated: June ____, 2008

CHARLSTON REVICH & WOLLITZ LLP

_____
Howard Wollitz
Attorneys for Defendant Homestead Insurance Company

2

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE DATES FOR INITIAL CASE MANAGEMENT CONFERENCE, INITIAL DISCLOSURES, AND RULE 26(F) REPORT

CASE NO. CV-08-1716 PJH

# [PROPOSED] ORDER

AND NOW, to enable the parties to focus on the briefing and resolution of the Defendants' separate FRCP 12(b)(6) motions, and for other good cause shown, it is ORDERED that the ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES is amended as follows:

| Date | Event |
| --- | --- |
| 07/17/2008 | Last day for parties to meet and confer regarding initial disclosures or objections under Rule 26(f) and Case Management Statement |
| 07/31/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) and file Case Management Statement |
| 08/07/2008 | INITIAL CASE MANAGEMENT CONFERENCE |

Dated: 6/11/08

AND IT IS SO ORDERED:



PHYLLIS J. HAMILTON
Judge of the United States District Court
Northern District

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE
DATES FOR INITIAL CASE MANAGEMENT CONFERENCE,
INITIAL DISCLOSURES, AND RULE 26(F) REPORT

CASE NO. CV-08-1716 PJH