1  RAMIRO MORALES, SBN 167947
   CHRISTINE M. FIERRO, SBN 191660
2  RICHARD A. EGGERTH, SBN 99625
   MORALES, FIERRO & REEVES
3  2300 Contra Costa Blvd., Ste. 310
   Pleasant Hill, California 94523
4  Telephone: (925) 288-1776

5  Attorneys for Plaintiff
   HDI-GERLING AMERICA INSURANCE COMPANY
6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10 HDI-GERLING AMERICA INSURANCE      )   CASE NO.: CV-08-1716
   COMPANY, a New York Corporation,   )
11                                    )   **DISCLOSURE OF NON-PARTY**
           Plaintiff,                 )   **INTERESTED ENTITIES OR**
12 vs.                                )   **PERSONS**
                                      )   (Fed. R. Civ. P. 7.1; Northern Dist. Civil
13 HOMESTEAD INSURANCE COMPANY,       )   L.R. 3-16)
   an Pennsylvania Corporation; GREAT )
14 AMERICAN E&S INSURANCE             )
   COMPANY, an Ohio Corporation, formerly )
15 known as AGRICULTURAL EXCESS AND   )
   SURPLUS INSURANCE COMPANY, and     )
16 DOES 1-10,                         )
                                      )
17         Defendants.                )
                                      )
18 _____)

19

20      Pursuant to Fed. R. Civ. P. 7.1 (a) and Northern District Civil Local Rule 3-16, the

21 undersigned certifies that the following listed persons, associations of persons, firms, partnerships,

22 corporations (including parent corporations), or other entities (i) have a financial interest in the

23 subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

24 the subject matter or in a party that could be substantially affected by the outcome of this

25 proceeding:

26      HDI-Gerling America Insurance Company is a wholly-owned subsidiary of Gerling America

27 Insurance Company.

28 ///

---

1
GERLING'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

1  Dated: June 26, 2008                    Morales, Fierro & Reeves

4                                          By: _____
                                               Christine M. Fierro
5                                          Attorneys for Plaintiff
                                           HDI-GERLING AMERICA INSURANCE
6                                          COMPANY

S:\DOCS\GA5105\DisclosureCertificate.rae.wpd