UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** July 9, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** C- 08-1716 PJH

**Case Name:** HDI-Gerling America Insurance Company v. Homestead Insurance Company, et al.

**Attorney(s) for Plaintiff:** Richard Eggerth, Christine Fierro
**Attorney(s) for Defendant:** Howard Wollitz, Robert Fineman

**Deputy Clerk**: Frank Justiliano      **Court Reporter**: Katherine Wyatt

**PROCEEDINGS**

Defendant Homestead Insurance Company's Motion to Dismiss-Held.

Defendant Great America E&S Insurance Company's Motion to Dismiss-Held.

Both matters taken under submission.

**Order to be prepared by:** [] Pl [] Def [X] Court

**Notes:**

**cc:** file