```
 1  RAMIRO MORALES, Bar No. 167947
    CHRISTINE M. FIERRO, Bar No. 191660
 2  RICHARD A. EGGERTH, Bar No. 99625
    MORALES FIERRO & REEVES
 3  2300 Contra Costa Blvd., Suite 310
    Pleasant Hill, CA 94523
 4  Telephone: (925) 288-1776
    Facsimile:  (925) 288-1856
 5
    Attorneys for Plaintiff
 6  HDI-GERLING AMERICA INSURANCE
    COMPANY
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| HDI-GERLING AMERICAN INSURANCE COMPANY, a New York Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HOMESTEAD INSURANCE COMPANY, a Pennsylvania Corporation; GREAT AMERICAN E&S INSURANCE COMPANY, an Ohio Corporation, formerly known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY, and DOES 1-10, <br><br> Defendants. | CASE NO.: CV08-1716 PJH <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

///

///

---
1
ADR CERTIFICATION BY PARTIES AND COUNSEL

1  (3) Considered whether this case might benefit from any of the available dispute
2  resolution options.

3  DATED: July 17, 2008            MORALES, FIERRO & REEVES

5  _____
   Richard A. Eggerth
6  Attorneys for Plaintiff
7  HDI-GERLING AMERICA INSURANCE
   COMPANY

9  DATED: July 17, 2008            HDI-GERLING AMERICA INSURANCE
                                   COMPANY

11 _____
12 John Thompson
   Branch Claims Manager
13 HDI-Gerling America Insurance Company

15 S:\Docs\GA5105\ADR-MSC080716.rae.doc

2
ADR CERTIFICATION BY PARTIES AND COUNSEL