1  RAMIRO MORALES, Bar No. 167947
   CHRISTINE M. FIERRO, Bar No. 191660
2  RICHARD A. EGGERTH, Bar No. 99625
   MORALES FIERRO & REEVES
3  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, CA 94523
4  Telephone: (925) 288-1776
   Facsimile: (925) 288-1856
5
   Attorneys for Plaintiff
6  HDI-GERLING AMERICA INSURANCE
   COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO

11 | HDI-GERLING AMERICAN INSURANCE    ) CASE NO.: CV08-1716 PJH
   | COMPANY, a New York Corporation,  )
12 |                                   )
   |                                   ) STIPULATION AND [PROPOSED]
13 |         Plaintiff,                ) ORDER SELECTING ADR PROCESS
   |                                   )
14 |    vs.                            )
   |                                   )
15 | HOMESTEAD INSURANCE COMPANY, a    )
   | Pennsylvania Corporation; GREAT   )
16 | AMERICAN E&S INSURANCE            )
   | COMPANY, an Ohio Corporation, formerly )
17 | known as AGRICULTURAL EXCESS AND  )
   | SURPLUS INSURANCE COMPANY, and    )
18 | DOES 1-10,                        )
   |                                   )
19 |         Defendants.               )
20 _____

21       Counsel report that they have met and conferred regarding ADR and have reached the

22 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

23       The parties agree to participate in the following ADR process:

24       **Private Process**

25       Private ADR options are actively being considered by the parties at this time, and when

26 selected the Court will be advised.

27       It is anticipated that dispositive motions will be filed aimed at resolving the remaining issues

28 in the litigation. Therefore, the parties believe that the presumptive deadline for holding ADR

sessions within 90 days from the date of the order would be an untimely method for attempting to resolve the remaining claims. Instead, the parties propose that the deadline for any agreed ADR process should be after dispositive motions have been filed. Accordingly, the parties propose the following deadline:

> Deadline for ADR session: To be completed no later than 30 days after the parties have filed dispositive motions.
>
> In the event that the ADR session does not resolve the remaining claims, then oppositions to any dispositive motions will be due 14 days after the parties advise the Court that the ADR was unsuccessful, and reply pleadings will be due 10 days after the opposition pleadings are filed and served.

DATED: July 17, 2008                MORALES, FIERRO & REEVES

_____
Richard A. Eggerth
Attorneys for Plaintiff
HDI-GERLING AMERICA INSURANCE COMPANY

DATED: July 17, 2008                DUANE MORRIS LLP

_____
Robert M. Fineman
Attorneys for Defendant
GREAT AMERICAN E&S INSURANCE COMPANY

DATED: July 17, 2008                CHARLSTON REVICH & WOLLITZ LLP

_____
Allan J. Favish
Attorneys for Defendant
HOMESTEAD INSURANCE COMPANY

sessions within 90 days from the date of the order would be an untimely method for attempting to resolve the remaining claims. Instead, the parties propose that the deadline for any agreed ADR process should be after dispositive motions have been filed. Accordingly, the parties propose the following deadline:

> Deadline for ADR session: To be completed no later than 30 days after the parties have filed dispositive motions.
>
> In the event that the ADR session does not resolve the remaining claims, then oppositions to any dispositive motions will be due 14 days after the parties advise the Court that the ADR was unsuccessful, and reply pleadings will be due 10 days after the opposition pleadings are filed and served.

DATED: July 17, 2008                MORALES, FIERRO & REEVES

_____
Richard A. Eggerth
Attorneys for Plaintiff
HDI-GERLING AMERICA INSURANCE COMPANY

DATED: July 17, 2008                DUANE MORRIS LLP

_____
Robert M. Fineman
Attorneys for Defendant
GREAT AMERICAN E&S INSURANCE COMPANY

DATED: July 17, 2008                CHARLSTON REVICH & WOLLITZ LLP

_____
Allan J. Favish
Attorneys for Defendant
HOMESTEAD INSURANCE COMPANY

1  [PROPOSED] ORDER

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3      Private ADR

4  Deadline for ADR sessions:

5      As proposed by the parties, above.

7  IT IS SO ORDERED.

8  Dated: July ___, 2008

                                            UNITED STATES MAGISTRATE JUDGE