Peter J. Whalen SBN 130041
Robert M. Fineman SBN 188211
Terrance J. Evans SBN 227671
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: pjwhalen@duanemorris.com
rmfineman@duanemorris.com
tjevans@duanemorris.com

Attorneys for Defendant,
Great American E&S Insurance Company, an Ohio
Corporation, fka Agricultural Excess and Surplus
Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDI-GERLING AMERICA INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOMESTEAD INSURANCE COMPANY, an Pennsylvania Corporation; GREAT AMERICAN E&S INSURANCE COMPANY, an Ohio Corproation, formerly known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No.: CV-08-1716<br><br>**GREAT AMERICAN E&S INSURANCE COMPANY'S ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Complaint Filed:   March 31, 2008 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR internet site www.adr.cand.uscourts.gov;

2. Discussed the available dispute resolution options provided by the Court and private entities; and

///

3.  Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 17, 2008

DUANE MORRIS LLP

By: _____
Peter J. Whalen
Robert M. Fineman
Terrance J. Evans
Attorneys for Defendant,
Great American E&S Insurance Company, an Ohio Corporation, fka Agricultural Excess and Surplus Insurance Company

Dated: July 18, 2008

GREAT AMERICAN E&S INSURANCE COMPANY, an Ohio Corporation, fka AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY

By: _____
Frank Curci
Claim Director
Great American E&S Insurance Company, an Ohio Corporation, fka, Agricultural Excess and Surplus Insurance Company