```
 1  Howard Wollitz  [SBN: 58674]
    Allan J. Favish [SBN: 99651]
 2  CHARLSTON, REVICH & WOLLITZ LLP
    1925 Century Park East, Suite 1250
 3  Los Angeles, California  90067-2746
    Telephone:  (310) 551-7000
 4  Facsimile:   (310) 203-9321
    E-Mail:     hwollitz@crwllp.com; afavish@crwllp.com
 5
    Attorneys for Defendant,
 6  Homestead Insurance Company

 7
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| HDI-GERLING AMERICA INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOMESTEAD INSURANCE COMPANY, a Pennsylvania Corporation; GREAT AMERICAN B&S INSURANCE COMPANY, an Ohio Corporation, formerly known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY; and DOES 1-10,<br><br>Defendants. | Case No. CV 08-1716 PJH<br><br>**HOMESTEAD INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Homestead Insurance Company ("Homestead") is a corporation. The ultimate parent corporation of Homestead is Homestead Risk Management Corporation, of which Homestead is an immediate subsidiary. No publicly held company owns 10% or more of the stock in Homestead.

CHARLSTON, REVICH & WOLLITZ LLP

By:  /s/ Allan J. Favish
   Allan J. Favish
   Attorneys for Defendant,
   Homestead Insurance Company