UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** August 7, 2008                                           **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1716 PJH

**Case Name:** HDI-Gerling America Insurance Company v. Homestead Insurance Company, et al.

**Attorney(s) for Plaintiff:**        Richard A. Eggerth
**Attorney(s) for Defendant:**    Howard Wollitz (Homestead)
                                                    Robert Fineman (Great American)

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

**PROCEEDINGS**

 Initial Case Management Conference-Held.  The court sets a deadline of 5/6/09 for filing of dispositive motion.  The motions should be noticed for hearing in accordance with the local rules.  A trial date will be set after the ruling on dispositive motions.  The court informs the parties that no blue backs are necessary when filing or lodging documents with the court.

**REFERRALS:**

**[x]Case referred to (direct) Magistrate Judge Zimmerman for SETTLEMENT CONFERENCE to take place by 12/31/08**, or as soon thereafter as is convenient for the judge.  The parties may elect to participate in private mediation which shall be completed by 12/31/08.

**Order to be prepared by:**  [x] Pl [] Def  [] Court

**Notes:**

**cc: file; BZ; Wings**