Peter J. Whalen (SBN 130041)
Robert M. Fineman (SBN 188211)
Terrance J. Evans (SBN 227671)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   pjwhalen@duanemorris.com
          rmfineman@duanemorris.com
          tjevans@duanemorris.com

Attorneys for Defendant,
Great American E&S Insurance Company, an Ohio
Corporation, fka Agricultural Excess and Surplus
Insurance Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDI-GERLING AMERICA INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOMESTEAD INSURANCE COMPANY, an Pennsylvania Corporation; GREAT AMERICAN E&S INSURANCE COMPANY, an Ohio Corporation, formerly known as AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No.: CV-08-1716 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE HEARING DATE**<br><br>Date:   October 10, 2008<br>Time:   9:00 a.m.<br>Dept.:  Ct. Room G<br>Judge:  Magistrate Judge<br>        Bernard Zimmerman<br><br>Complaint Filed:  March 31, 2008 |

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their
2  undersigned attorneys, that as a result of unavoidable conflicts with the currently-scheduled
3  Settlement Conference in this matter on October 10, 2008 before Magistrate Judge Bernard
4  Zimmerman, the parties request and agree to a continuance of the Settlement Conference until
5  December 9, 2008.

Dated: September 25, 2008            DUANE MORRIS LLP

                                     _____
                                     Robert M. Fineman
                                     Attorneys for Defendant
                                     Great American E&S Insurance Company

Dated: September 25, 2008            MORALES FIERRO & REEVES

                                     _____
                                     Christine M. Fierro
                                     Attorneys for Plaintiff
                                     HDI-Gerling America Insurance Company

Dated: September ___, 2008           CHARLSTON REVICH & WOLLITZ LLP


                                     _____
                                     Howard N. Wollitz
                                     Attorneys for Defendant
                                     Homestead Insurance Company

---

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE          1          CASE NO. CV-08-1716 PJH
SETTLEMENT CONFERENCE HEARING DATE

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their
2   undersigned attorneys, that as a result of unavoidable conflicts with the currently-scheduled
3   Settlement Conference in this matter on October 10, 2008 before Magistrate Judge Bernard
4   Zimmerman, the parties request and agree to a continuance of the Settlement Conference until
5   December 9, 2008.

Dated: September 25, 2008         DUANE MORRIS LLP

                                  _____
                                  Robert M. Fineman
                                  Attorneys for Defendant
                                  Great American E&S Insurance Company


Dated: September ___, 2008        MORALES FIERRO & REEVES

                                  _____
                                  Christine M. Fierro
                                  Attorneys for Plaintiff
                                  HDI-Gerling America Insurance Company

Dated: September 25, 2008         CHARLSTON REVICH & WOLLITZ LLP

                                  _____
                                  Howard N. Wollitz
                                  Attorneys for Defendant
                                  Homestead Insurance Company

1                                      [PROPOSED] ORDER

2            Based upon the Joint Stipulation of the parties and for other good cause showing, it is

3 ORDERED that the Settlement Conference currently scheduled for October 10, 2008 shall be

4 continued until December 9, 2008.

5            AND IT IS SO ORDERED.

6

7 Dated: _September 26, 2008_____

8

9                                        _____

                                         HON. BERNARD ZIMMERMAN

10                                      Magistrate Judge of the United States District
                                     Court, Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28