1  RAMIRO MORALES, Bar No. 167947
   CHRISTINE M. FIERRO, Bar No. 191660
2  RICHARD A. EGGERTH, Bar No. 99625
   MORALES FIERRO & REEVES
3  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, CA 94523
4  Telephone: (925) 288-1776
   Facsimile: (925) 288-1856
5
   Attorneys for Plaintiff
6  GERLING AMERICA INSURANCE
   COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO

11 | GERLING AMERICA INSURANCE ) CASE NO.: CV08-1716 PJH (BZ)
   | COMPANY, a New York Corporation, )
12 |                                  )
   |                                  ) **STIPULATION AND [P~~ROPOSED~~]**
13 |         Plaintiff,               ) **ORDER TO EXTEND DEADLINE FOR**
   |                                  ) **SETTLEMENT CONFERENCE AND TO**
14 |   vs.                            ) **TAKE DECEMBER 9, 2008**
   |                                  ) **SETTLEMENT CONFERENCE OFF-**
15 | HOMESTEAD INSURANCE COMPANY, a ) **CALENDAR**
   | Pennsylvania Corporation; GREAT  )
16 | AMERICAN E&S INSURANCE           )
   | COMPANY, an Ohio Corporation, formerly )
17 | known as AGRICULTURAL EXCESS AND )
   | SURPLUS INSURANCE COMPANY, and   )
18 | DOES 1-10,                       )
   |                                  )
19 |         Defendants.              )
20 |                                  )

21

22    WHEREAS, it was ordered by Judge Hamilton on August 7, 2008 that the parties engage in

23 a settlement conference or private mediation by December 31, 2008 (docket number 33);

24    WHEREAS, this matter was ordered to mandatory settlement conference by Magistrate

25 Judge Zimmerman on September 26, 2008 (docket number 38);

26    WHEREAS, the parties have scheduled a private mediation with The Honorable Ronald

27 Sabraw (Ret.) of JAMS, but could not coordinate an open date for Judge Sabraw and the parties and

28 their counsel until January 6, 2009, which date is now scheduled;

1   AND WHEREAS, the parties now wish to take the mandatory settlement conference before
2   Magistrate Judge Zimmerman off-calendar, and to extend the deadline by which a settlement
3   conference or private mediation may be held in this matter;
4   THEREFORE, IT IS NOW STIPULATED that the mandatory settlement conference before
5   Magistrate Judge Zimmerman on December 9, 2008 should be ordered off-calendar, and the
6   deadline for the parties to complete their private mediation before the Honorable Ronald Sabraw
7   (Ret.) should be set for January 15, 2009.
8   DATED: November 26, 2008         MORALES, FIERRO & REEVES

                                    _____
                                    Richard A. Eggerth
                                    Attorneys for Plaintiff
                                    GERLING AMERICA INSURANCE COMPANY

   DATED: November 26, 2008         DUANE MORRIS LLP

                                    _____
                                    Robert M. Fineman
                                    Attorneys for Defendant
                                    GREAT AMERICAN E&S INSURANCE
                                    COMPANY

   DATED: November 26, 2008         CHARLSTON REVICH & WOLLITZ LLP

                                    _____
                                    Howard Wollitz
                                    Attorneys for Defendant
                                    HOMESTEAD INSURANCE COMPANY

[PROPOSED] ORDER

The mandatory settlement conference scheduled for December 9, 2008 before Magistrate Judge Zimmerman is to be taken off-calendar.

1    The private mediation by the parties is to be completed by January 15, 2009.

2    IT IS SO ORDERED.

4    Dated: December __1__, 2008

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

20   s:\docs\ga5105\stipulation extending time for settlement conference & taking MSC off calendar.rae

HDI-Gerling American Ins. Co. v. Homestead Ins. Co., et al.
U.S. District Court
Northern District of California
Case No. 3:08-CV-01716-PJH (BZ)

# PROOF OF SERVICE

I am employed by the Law Offices of Morales, Fierro & Reeves located at 2300 Contra Costa Blvd., Suite 310, Pleasant Hill, CA 94523. I am over the age of eighteen years and not a party to the within action.

On November 26, 2008, I served the document(s) described as: **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE AND TO TAKE DECEMBER 9, 2008 SETTLEMENT CONFERENCE OFF-CALENDAR** on the interested party(ies) in this action via electronically delivery through the U.S. District Court Northern District of California Electronic Court Filing process:

| | |
|---|---|
| Peter J. Whalen<br>Robert M. Fineman<br>Terrance J. Evans<br>DUANE MORRIS LLP<br>One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104<br>T: (415) 957-3000<br>F: (415) 957-3001<br>**Attorneys for Defendant Great American E&S Insurance Company, an Ohio Corporation, fka Agricultural Excess and Surplus Insurance Company** | Howard Wollitz<br>CHARLSTON, REVICH & WOLLITZ LLP<br>1925 Century Park East, Suite 1250<br>Los Angeles, CA 90067-2746<br>T: (310) 551-7000<br>F: (310) 203-9321<br>**Attorneys for Defendant Homestead Insurance Company** |

*Courtesy Copy via U.S. Mail to:*

| | |
|---|---|
| Magistrate Judge Bernard Zimmerman<br>U.S. District Court, Northern District of CA<br>Courtroom G, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | The Hon. Phyllis J. Hamilton<br>U.S. District Court, Northern District of CA<br>Courtroom 3, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 26, 2008, at Pleasant Hill, California.

*/s/ Marianne Fogle*
Marianne Fogle

S:\DOCS\GA5105\POS081126.MF.wpd

PROOF OF SERVICE