UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HDI-GERLING AMERICA INS. CO.,

    Plaintiff(s),

v.

HOMESTEAD INS. CO., et al.,

    Defendant(s).

_____/

No. C 08-1716 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

    Plaintiff's counsel having advised the court that this matter has been settled in principal, a Further Case Management Conference shall be held on March 26, 2009, at 2:30 p.m., in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, unless the parties advise that the settlement has been finalized, in which case the conference will be VACATED.

    The parties are advised that the dispositive motions deadline previously set will not be continued.

    **SO ORDERED.**

Dated: January 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge