1  RAMIRO MORALES, Bar No. 167947
   CHRISTINE M. FIERRO, Bar No. 191660
2  RICHARD A. EGGERTH, Bar No. 99625
   MORALES FIERRO & REEVES
3  2300 Contra Costa Blvd., Suite 310
   Pleasant Hill, CA  94523
4  Telephone:  (925) 288-1776
   Facsimile:  (925) 288-1856
5
   Attorneys for Plaintiff
6  GERLING AMERICA INSURANCE
   COMPANY
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO

11  GERLING AMERICA INSURANCE            )   CASE NO.:  CV08-1716 PJH (BZ)
    COMPANY, a New York Corporation ,    )
12                                       )
                                         )   **STIPULATION AND [~~PROPOSED~~]**
13             Plaintiff,                )   **ORDER TO POSTPONE MARCH 26,**
                                         )   **2009 CASE MANAGEMENT**
14        vs.                            )   **CONFERENCE PENDING RECEIPT OF**
                                         )   **SETTLEMENT FUNDS**
15  HOMESTEAD INSURANCE COMPANY,  a )
    Pennsylvania Corporation; GREAT      )
16  AMERICAN E&S INSURANCE               )
    COMPANY, an Ohio Corporation, formerly )
17  known as AGRICULTURAL EXCESS AND     )
    SURPLUS INSURANCE COMPANY,           )
18                                       )
                                         )
19             Defendants.               )
                                         )
20  _____ )

21

22        WHEREAS, a Case Management Conference is scheduled in this matter for March 26, 2009

23  at 2:30 p.m. before this Court;

24        WHEREAS, the parties have finalized and signed a settlement agreement concluding the

25  action;

26        WHEREAS, the payments contemplated under the settlement agreement are either in transit

27  or in process, and the parties expect all such payments to be received shortly;

28  / / /

1    AND WHEREAS, the parties wish to postpone the March 26, 2009 Case Management

2 Conference, pending receipt of the funds, at which time a request for dismissal will be filed;

3    THEREFORE, IT IS NOW STIPULATED that the March 26, 2009 Case Management

4 Conference should be postponed until a date set by the Court.

5 DATED:  March 24, 2009                    MORALES, FIERRO & REEVES

6

7                                           _____

8                                           Richard A. Eggerth
                                            Attorneys for Plaintiff
9                                           GERLING AMERICA INSURANCE COMPANY

10 DATED:  March 24, 2009                   DUANE MORRIS LLP

11

12                                          _____

13                                          Robert M. Fineman
                                            Attorneys for Defendant
14                                          GREAT AMERICAN E&S INSURANCE
                                            COMPANY

15 DATED:  March 24, 2009                   CHARLSTON REVICH & WOLLITZ LLP

16

17                                          _____

18                                          Howard Wollitz
                                            Attorneys for Defendant
19                                          HOMESTEAD INSURANCE COMPANY

20                              **[PROPOSED] ORDER**

21    The Case Management Conference scheduled for March 26, 2009 before this Court is

22 postponed until April 30, 2009.

23    IT IS SO ORDERED.

24

25 Dated:  March 26, 2009                   _____

26                                          UNITED STATES DISTRICT JUDGE

27

28 s:\docs\ga5105\stipulation postponing case management conference.rae

                                        2
        STIPULATION AND [PROPOSED] ORDER TO POSTPONE MARCH 26, 2009 CASE MANAGEMENT CONFERENCE
                        PENDING RECEIPT OF SETTLEMENT FUNDS

1    AND WHEREAS, the parties wish to postpone the March 26, 2009 Case Management

2    Conference, pending receipt of the funds, at which time a request for dismissal will be filed;

3    THEREFORE, IT IS NOW STIPULATED that the March 26, 2009 Case Management

4    Conference should be postponed until a date set by the Court.

5    DATED:  March 24, 2009                    MORALES, FIERRO & REEVES

6

7                                              _____

8                                              Richard A. Eggerth
                                               Attorneys for Plaintiff
9                                              GERLING AMERICA INSURANCE COMPANY

10   DATED:  March 24, 2009                    DUANE MORRIS LLP

11

12                                             _____

13                                             Robert M. Fineman
                                               Attorneys for Defendant
14                                             GREAT AMERICAN E&S INSURANCE
                                               COMPANY

15   DATED:  March 24, 2009                    CHARLSTON REVICH & WOLLITZ LLP

16

17                                             _____

18                                             Howard Wollitz
                                               Attorneys for Defendant
19                                             HOMESTEAD INSURANCE COMPANY

20                              **[PROPOSED[ ORDER**

21       The Case Management Conference scheduled for March 26, 2009 before this Court is

22   postponed until April ___, 2009.

23       IT IS SO ORDERED.

24

25   Dated: March ___, 2009                    _____

26                                             UNITED STATES DISTRICT COURT JUDGE

27

28

s:\docs\ga5105\stipulation postponing case management conference.rae

2
STIPULATION AND [PROPOSED] ORDER TO POSTPONE MARCH 26, 2009 CASE MANAGEMENT CONFERENCE
PENDING RECEIPT OF SETTLEMENT FUNDS

1    AND WHEREAS, the parties wish to postpone the March 26, 2009 Case Management

2 Conference, pending receipt of the funds, at which time a request for dismissal will be filed;

3    THEREFORE, IT IS NOW STIPULATED that the March 26, 2009 Case Management

4 Conference should be postponed until a date set by the Court.

5 DATED:  March 24, 2009                    MORALES, FIERRO & REEVES

6

7

8                                           Richard A. Eggerth
                                            Attorneys for Plaintiff
9                                           GERLING AMERICA INSURANCE COMPANY

10 DATED:  March 24, 2009                   DUANE MORRIS LLP

11

12

13                                          Robert M. Fineman
                                            Attorneys for Defendant
14                                          GREAT AMERICAN E&S INSURANCE
                                            COMPANY

15 DATED:  March 24, 2009                   CHARLSTON REVICH & WOLLITZ LLP

16

17

18                                          Howard Wollitz
                                            Attorneys for Defendant
19                                          HOMESTEAD INSURANCE COMPANY

20                          **[PROPOSED[ ORDER**

21    The Case Management Conference scheduled for March 26, 2009 before this Court is

22 postponed until April ___, 2009.

23    IT IS SO ORDERED.

24

25 Dated: March ___, 2009

26                                          UNITED STATES DISTRICT COURT JUDGE

27

28 s:\docs\ga5105\stipulation postponing case management conference.rae

                                           2
       STIPULATION AND [PROPOSED] ORDER TO POSTPONE MARCH 26, 2009 CASE MANAGEMENT CONFERENCE
                          PENDING RECEIPT OF SETTLEMENT FUNDS